# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| HAROLD LEE SMITH, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-CV-197-MR |
| | ) | 1:92-CR-021-MR-1 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 21, 2014 Order.

May 21, 2014

_____
Frank G. Johns, Clerk
United States District Court